■ In the Matter of the Accounting of the Public Administrator, Kings County, as Administrator of the Estate of ANTHONY ALTOMONTE, Deceased. MORRIS A. JACOBS, as Commissioner of Hospitals of the City of New York, Appellant; BRUNO MEDURI, Respondent.— Appeal from a decree of the Surrogate's Court, Kings County, settling the administrator's account, which decree, *inter alia,* adjudged that the intestate made a valid gift *inter vivos* to respondent of the two bank accounts described in Schedule " A " of the account and directed that the balance remaining in the hands of the administrator, after payment of certain expenses of administration, be paid to respondent. Decree unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ.

■ In the Matter of the Probate of the Will of LOIS C. BIAGINI, Also Known as LOIS C. BREIDENSTEIN, LULU BREIDENSTEIN, LULU BIAGINI and LOIS C. BYRNE, Deceased. RUTH JOHNSON et al., Appellants; THEODORE R. BRAWLEY et al., as Executors of LOIS C. BIAGINI, Deceased, et al., Respondents.— In a contested probate proceeding, the contestants appeal from an order of the Surrogate's Court, Kings County, entered October 9, 1959, which (1) denied their motion for the entry of an order denying probate to an alleged codicil in accordance with that court's decision of August 13, 1957 or, in the alternative, for summary judgment denying probate to said alleged codicil (Rules Civ. Prac., rules 113, 114), and (2) directed that the proceeding be placed on the calendar for a day certain. Order affirmed, with one bill of $10 costs and disbursements, payable out of the estate. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ JIFFY AUTO LAUNDRY, INC., Respondent, v. MORRIS ROSENBERG & SON, INC., et al., Appellants.— In an action to recover damages for breach of a stipulation of settlement of both an action at law and a summary proceeding to recover possession of real property pending in the Municipal Court of the City of New York at the time of the stipulation, the appeal is from an order denying appellants' motion for judgment on the pleadings dismissing the complaint (Rules Civ. Prac., rule 112). The motion was made on the complaint, the answer, the demand for a bill of particulars, and the bill of particulars furnished in response thereto. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.